```
        IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

TILLMAN NORTH,                   :
                                 :
         Plaintiff,              :
                                 :
vs.                              :   CIVIL ACTION 08-0122-BH-M
                                 :
SGT. LITTLE,                     :
                                 :
         Defendant.              :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 8th day of May, 2008.

                                    s/ W. B. Hand
                                 SENIOR DISTRICT JUDGE